FILED

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

2013 MAY -3 PM 1:38

[U.S. DISTRICT COURT
ORLANDO, FLORIDA]

SMALL BUSINESS ADMINISTRATION

An Agency of the Government of the

United States of America

v.                                                                   Civil Action No. 6:13-CV-550-Orl-37773

JORWAN INVESTMENTS, LLC.

_____/

## ANSWER

DEFENDANT, JORWAN INVESTMENTS, LLC. by and through its undersigned counsel, and files this ANSWER to the Complaint filed by the Plaintiff, SMALL BUSINESS ADMINISTRATION, and admits, denies, and states as follows.

### JURISDICTION

1. Defendant is without knowledge, therefore denied.

### VENUE

2. Admitted.

### COUNT I (SUIT ON A PROMISSORY NOTE)

3. Admitted.

4. Admitted that defendant failed to make regular payments under the note. Defendant is without knowledge as to the exact amounts due and owing, therefore denied in that respect.

5. Defendant is without knowledge as to the exact amounts due and owing, therefore denied.

6. Admitted.

### COUNT II (FORECLOSURE OF COMMERCIAL SECURITY AGREEMENT)

7. Admitted and denied as previously set forth above.

8. Admitted.

9. Admitted.

10. Admitted.

Respectfully submitted this 2nd day of May, 2013.

By: _____
Jorge Manrique o/b/o
Jorwan Investments, LLC.

### CERTIFICATE OF SERVICE

I certify that a copy of this document was faxed and mailed to the person listed below on the 2nd day of May, 2013.

Steven M. Davis
Becker & Poliakoff, P.A.
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Attorney for Plaintiff United States of America

/s/
_____
Jorge Manrique o/b/o
Jorwan Investments, LLC